UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SARAH C. EVANS, | ) | Case No. 16-46322-705 |
| | ) | Chief Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| UNITED STATES OF AMERICA on behalf of | ) | **Adversary No. 16-4166-659** |
| the SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | **PUBLISHED** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| SARAH C. EVANS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

Upon consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Plaintiff's Motion for Summary Judgment is **GRANTED**; and the judgment on the Complaint is entered in favor of Plaintiff and against Sarah E. Evans, Debtor in that the debt owed by Debtor to the Social Security Administration in the amount of $35,567.69 is nondischargeable pursuant to Section 523(a)(2)(A); and this is the final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: March 12, 2018
St. Louis, Missouri

-2-

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Tobias Licker
Law Offices of Tobias Licker LLC
1861 Sherman Dr.
St. Charles, MO 63303

Jane Rund
U.S. Attorney's Office
111 South Tenth Street
St. Louis, MO 63102

Sarah C Evans
1721 S. 5th Street - Apt 2N
Saint Charles, MO 63303